UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN SCHARR and PATRICIA A. SCHARR,

        Plaintiffs,

v.

SELECTIVE INSURANCE COMPANY OF NEW YORK

And

THE HANOVER INSURANCE GROUP, INC.,

        Defendants.

Civil Action No.: 16-CV-6821T

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)ii**

---

## STIPULATION OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)ii

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, **as against Defendant, The Hanover Insurance Group, Inc. only**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii)

CHENEY & BLAIR, LLP

By: David D. Benz, Esq., Of Counsel
Attorneys for Plaintiffs
*Office and P.O. Address:*
68 Seneca Street
P.O. Box 50
Geneva, New York 14456
Telephone: (315) 230-4110

MURA & STORM, PLLC

By: Marianne Cardo Zack, Esq.
Attorneys for Defendant
The Hanover Insurance Group, Inc.
*Office and P.O. Address:*
930 Rand Building
14 Lafayette Building
Buffalo, New York 14203
Telephone: (716) 855-2800

STRADLEY RONON STEVENS & YOUNG, LLP

By: John J. Murphy III, Esq.
Attorneys for Defendant
The Selective Insurance Company of New York
*Office and P.O. Address:*
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Telephone: (215) 564-8644

SO ORDERED

MICHAEL A. TELESCA
United States District Judge

DATE Oct 19, 20, 7